AO91 (Rev. 8/01) Criminal Complaint

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

Laredo Division

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| V. | |
| Araceli Yvette MATA<br>Laredo, TX<br>US | Case Number: 5:14 mj 1133 - 1 |

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **August 25, 2014** in **Webb** County, in the **Southern** District of **Texas** **Araceli Yvette MATA** defendant(s), a citizen of the United States, did unlawfully transport six (6) undocumented aliens within the Southern District of Texas knowing or in reckless disregard of the fact that said aliens had come to, entered, or remained in the United States in violation of law, and transported or moved said aliens within the United States by means of motor vehicle or otherwise, in furtherance of such violation of law;

in violation of Title(s) **8** United States Code, Section(s) **1324**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: Based on statements of the accused and records of the U.S. Department of Homeland Security.

Continued on Affidavit

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

/S/
Signature of Complainant

Alex Chirinos
Printed Name of Complainant

Sworn to before me and signed in my presence,

August 29, 2014                                at    Laredo, Texas
Date                                                  City and State

J. Hacker                  , U.S. Magistrate Judge
Name and Title of Judicial Officer              Signature of Judicial Officer

# AFFIDAVIT
In support of Criminal Complaint

**UNITED STATES OF AMERICA**
**V.**

**CRIMINAL COMPLAINT**

Araceli Yvette MATA

Case Number: 5:14mj 1133-1

On August 25, 2014 United States Border Patrol agents were assigned traffic observation duties west of the Border Patrol Checkpoint on Interstate Highway 59 near Freer, Texas in Webb County. At approximately 10:35 P.M., the agents observed a white Mazda 3 and a white Chevrolet Malibu traveling eastbound in tandem passed their location. The agent noticed that the white in color Mazda 3 appeared to be heavy laden, have multiple occupants and proceeded to follow both vehicles in an effort to take a closer look at the occupants inside the vehicles. The agent caught up to the white Chevrolet Malibu. At this time both vehicles increased their speed and passed an 18 wheeler in what appeared to be an attempt to create distance between themselves and the agents unit. The agent then followed the vehicles at which time the Malibu increased its speed, passed the white Mazda 3 and drove continuously at a high rate of speed. The agent then positioned his unit behind the white Mazda 3, which began braking erratically and swerving to the side of the road while the front passenger opened his door. The Mazda 3 then pulled back onto the highway and proceeded for a short distance until pulling off onto the shoulder of the highway and abruptly stopping. The agent pulled next to the white Mazda 3 and observed the front passenger run from the vehicle. The agent was able to secure the driver and all remaining subjects inside the vehicle. The driver of the white Mazda 3, later identified as Araceli Yvette MATA, stated that there were two more subjects inside the trunk of the car.

An immigration inspection was conducted on all subjects and it was determined that Areceli Yvette MATA was a United States Citizen, while all remaining subjects had no legal documents to be in or remain in the United States. Areceli Yvette MATA was advised of the Miranda Rights as per CBP form I-214, arrested and transported to the United States Border Patrol checkpoint near Freer, Texas for processing. Upon arrival at the Border Patrol checkpoint, all subjects were verbally re-advised of their Miranda rights, as per CBP form I-214. The subjects acknowledged their rights by reading and signing the forms.

Principal Araceli Yvette MATA waived her right for an attorney and provided the following Statement:
Subject stated her true and correct name is Araceli Yvette MATA and was born on September 23, 1993 in Laredo, Texas. Subject stated that she was apprehended by Border Patrol because she picked up illegal immigrants. MATA also stated that she knew that transporting illegal aliens is against United States laws. MATA stated that she was contacted by a friend about picking up some illegal aliens. MATA agreed to pick up illegal aliens for one hundred dollars and said that she knew the people she was picking up would be illegal. Subject stated that her friend told her to pick them up at a Shell Station off of Loop 20 in Laredo, Texas. Subject stated that once she arrived at the Shell, four illegals jumped into the back seat of her car. After leaving the Shell gas station, she was told to pick more illegals up at the Jack in The Box off of Saunders, in Laredo, Texas. Subject stated that once she arrived at the Jack in The Box, she opened the trunk to her car and two more illegals jumped inside the trunk. MATA stated she then drove to a HEB grocery store to pick up the brush guide. MATA stated that from there the guide told her where to go to get on Highway 59. MATA stated that she knows how dangerous it is to put humans in the trunk of a car. MATA stated that once the Border Patrol got behind her, the guide started grabbing the shifter of her car. MATA stated after pulling over, the guide jumped out and ran to the brush while all other occupants remained in the car.

Material Witness Luis Alberto RODRIGUEZ May statement:
Luis Alberto RODRIGUEZ-May stated that he illegally entered the United States from Mexico on August 23, 2014 and crossed the Rio Grande River with 7 other people. RODRIGUEZ-May stated that the arrangements were made were for RODRIGUEZ-May to pay a thousand dollars each for him to cross into the United States from Mexico. RODRIGUEZ-May stated that he paid another one thousand five hundred dollars to be taken to San Antonio, Texas. RODRIGUEZ-May stated after he entered into United States he was taken to multiple stash houses by multiple vehicles. After which RODRIGUEZ-May stated that he was told to get into the trunk of a white car by the driver and identified the white 2010 Mazda 3. RODRIGUEZ-May went on to state that he was in fear of his life due to the fact that he was riding in the trunk. RODRIGUEZ-May described the driver of the vehicle as woman a skull and flower tattooed on her chest and identified the driver Areceli Yvette MATA.

Material Witness Gustavo GIRON Barrios statement:
Gustavo GIRON-Barrios stated that he entered the United States from Nuevo Laredo, Mexico on August 22, 2014 with his wife Magali DE LEON-Mejia by crossing the Rio Grande. He made arrangements for him and his wife to pay seven thousand dollars to be smuggled Chicago, IL. GIRON Barrios stated that after staying in multiple stash houses and being transported by multiple vehicles he and his wife entered a white car with four doors. He identified the driver having a tattoo of a skull with a rose on her chest. GIRON-Barrios stated a total of seven illegal aliens got inside the vehicle. He and another person where placed in the trunk of the vehicle. He added he feared for his life. About 40 minutes later, he noticed the vehicle had stopped, felt somebody open the trunk and then realized it was the Border Patrol.

Material Witness Magali DE LEON Mejia statement:
Magali DE LEON-Mejia stated she was born on July 24, 1982 in Cacahuatan, Chiapas, Mexico. Subject stated that her and her husband made arrangements with a man when they arrived at the United States border. She stated that the arrangements were to be smuggled across the Rio Grande River for seven thousand dollars. She stated that after three days in a house a car arrived and took them to a street where a white four door car picked them up. She stated that she was sitting in the backseat behind the driver whom she identified as a woman with blond streaks in her hair, a tattoo of a skull on her chest, and a name on one of her arms. DE LEON stated that her husband and another man had to go in the trunk of the car. She stated that she was not able to wear a seatbelt because the driver told them to crouch down. She then stated that after about forty minutes the man in the front seat told the driver to cut in front of a semi-truck and stop. DE LEON then said that when the vehicle stopped the man in the front seat took off running. De Leon states she believes that the driver knew they were illegal because she told them to get down and there was a person lying on their feet trying to hide.

SUBSCRIBED and SWORN to before me this _____ day of _____.

_____

Signature of Judicial Officer

Signature of Complaint